UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRAMHANANO BASDEO,

                      Plaintiff,

v.                                           **ORDER**

224-10 JAMAICA REALTY LLC, et al.,        24-CV-07357 (PMH)

                      Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Plaintiff Bramhanano Basdeo ("Plaintiff") commenced this action on September 28, 2024 against 224-10 Jamaica Realty LLC and S.W. Queens Mezzanine LLC ("Defendants"). (Doc. 1). Summons were issued for Defendants on September 30, 2024 (Doc. 4), and the summons were returned executed on October 2, 2024 (Doc. 6). There has been no activity on the docket since then. The time for Defendants to answer passed on October 22, 2024. (*Id.*).

      Accordingly, Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by **January 3, 2025**. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

                                      SO-ORDERED:

Dated: White Plains, New York
        November 27, 2024

                                      _____
                                      Philip M. Halpern
                                      United States District Judge