UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRAMHANANO BASDEO,

                              Plaintiff,

v.                                                **ORDER**

224-10 JAMAICA REALTY LLC, et al.,         24-cv-07357 (PMH)

                              Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       The docket indicates that mediation was held and agreement was reached on all issues. (Doc. 19). Accordingly, it is hereby **ORDERED** that the parties shall file, by **May 30, 2025**, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

       Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

                                                     **SO ORDERED:**

Dated:  White Plains, New York
           May 16, 2025

                                              PHILIP M. HALPERN
                                            United States District Judge